**Order entered June 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00722-CR

**MELVIN BERNARD GOODEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F17-70898-I**

## ORDER

Before the Court is appellant's June 10, 2019 pro se motion to withdraw his amended brief in which he objects to the inclusion of "erroneous information" in the amended brief. Appellant's motion is **DENIED**. Appellant is represented by counsel who filed the amended brief on appellant's behalf. Appellant is not entitled to hybrid representation. *See Miniel v. State*, 831 S.W.2d 310, 313 n.1 (Tex. Crim. App. 1992).

/s/     CORY L. CARLYLE
        JUSTICE